File Hashes for IP Address 76.117.28.225

**ISP:** Comcast Cable
**Physical Location:** East Orange, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/02/2014 07:20:35 | 4DAE1F79BDC6E97CA750ECCAB188554D9F397709 | Sparks |
| 10/02/2014 07:15:05 | 172D1AD3C4C5DCDAFD758CD362BEBB1478F7A628 | Sexy and Wild |
| 09/08/2014 15:31:44 | 64B6D5592B3A51BA458A48DD347866D8EE44CE39 | From Three to Four Part 2 |
| 09/08/2014 06:25:25 | EDFAF3170CFB8AA16068432C18A27B950C04B501 | Chloe Loves Carl Part 2 |
| 09/08/2014 06:18:50 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |
| 09/08/2014 06:18:32 | 6F0C35345F672E9AF659B52026CF6099D2FB827E | Yours Forever |
| 04/18/2014 23:41:09 | 7F54C1C11CCF377FC2CD5059E935A0AEA68B4D4C | My Days in Rome |
| 04/18/2014 23:14:53 | 93DDD61D818D96D060215DB4387A314DA7C3BDB7 | Insanely Gorgeous |
| 04/18/2014 23:13:45 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 04/18/2014 23:11:54 | 23E25904FFA921E91DD38E0D0EF7B1EB1A77F7E1 | Lonesome Without You |
| 03/12/2014 23:09:49 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 03/12/2014 23:06:23 | B01A41247F2C0FCCE93B78FCAE020DA09AD38005 | It Is A Fine Line |
| 03/12/2014 23:04:56 | B3EC84AC825E528819AD20121B47B865F86775A2 | Submissive Seduction |
| 03/12/2014 23:03:03 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 01/23/2014 06:04:36 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 01/23/2014 06:03:53 | 85A065477B91C6CACF77B5220F2F08226738649D | Getting Ready For You |
| 01/23/2014 06:02:07 | 6CF6E567DB33ECE54960D307C27CD29770B64563 | Lost In My Own Moment |
| 01/23/2014 06:01:18 | 9C15AAB6DE602840D5C7FC02459384270FEB32A6 | Playing Dress Up |
| 01/23/2014 05:59:40 | 2C78E17E90A6065C5500659FDDB52CA0E0477FA7 | And Then There Was You |
| 10/04/2013 07:22:57 | 2E0D4EC8052DAA181237CD079C030CC488091DCB | Hot Brunettes |
| 10/04/2013 07:18:53 | 8A7390C517F500B580A32847329E28AB879C34B9 | Like the Sun |
| 10/04/2013 07:12:23 | E9D8F5064ED6D102BC97F2F9B7036F95189ECFEB | Date Night at Home |

EXHIBIT A

CNJ184

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/04/2013 07:12:06 | 384D48EE3D714C84B6A9B673A3D8E07D6BA7D5B1 | Introducing Kenzie |
| 07/18/2013 06:41:01 | C1520325A50BD20A91101195F50C46194B34C243 | Girls Who Like Girls |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

CNJ184