UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, New Jersey  07042
Ph. (973) 509-8500
eMail: LFarber@LFarberLaw.com
Attorneys for Defendant

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Jose L. Linares, U.S.D.J. |
| Plaintiff, | Civil Action No. 2:14-cv-06976-JLL-JAD |
| v. | CIVIL ACTION |
| **KIRK RAHUSEN,** | RETURN DATE:  **May 4, 2015** |
| Defendant. | **NOTICE OF MOTION TO DISMISS COMPLAINT** |
| | Document Filed Electronically |

TO:   Patrick J. Cerillo, Esq.
       4 Walter Foran Boulevard, Suite 402
       Flemington, NJ 08822
       eMail:  pjcerillolaw@comcast.net
       *Attorney for Plaintiff*

PLEASE TAKE NOTICE that on **May 4, 2015**, at 10:00 a.m., or as soon thereafter as counsel be heard, plaintiffs shall move before the Hon. Jose L. Linares, U.S.D.J., at the United States District Court, 50 Walnut Street, Newark, New Jersey, for an Order Dismissing plaintiff's Complaint, for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. R. 12(b)(6), and for other and further relief as the Court deems necessary and proper.

PLEASE TAKE FURTHER NOTICE that this defendant shall rely on the Brief annexed hereto.

Any opposition must be served and filed at least fourteen days prior to the return date of this motion.

                                          LESLIE A. FARBER, LLC
                                          Attorneys for Defendant

                              By:    /s/ Leslie A. Farber
Dated: March 30, 2015                      Leslie A. Farber
                                            eMail: LFarber@LFarberLaw.com